IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



Pauline Rocke

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

ACS ~~HRS~~ PSA/
VNS work

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

**25-cv-02529-NCM-JRC**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

REC'D IN PRO SE OFFICE
MAY 1 '25 PM 12:55

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Pauline Rocke
Street Address: 2250 West 11st LLC
City and County: Brookly Ny
State and Zip Code: 11223
Telephone Number: 929 272 6625
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Paulina Rodinous
Job or Title (if known): a CS work
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: nader Shehata
Job or Title (if known): housing assistant
Street Address:
City and County:

2

        State and Zip Code    _____

        Telephone Number    _____

        E-mail Address    _____

        (if known)

Defendant No. 3

    Name    PSA1 Emt

    Job or Title

    (if known)

    Street Address City

    and County State

    and Zip Code

    Telephone Number

    E-mail Address

    (if known)

Defendant No. 4

    Name    Doreen Ornena

    Job or Title    vns work

    (if known)

    Street Address City

    and County State

    and Zip Code

    Telephone Number

    E-mail Address

    (if known)

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Breach of confidentility information about sexual assault my danger because of that normalizen behavior police failure to perform on duty heal child assault criminal contemp of court*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Pauline Rock is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) __Helene D Sacc__ is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) __Judge__. Or is incorporated under the laws of (foreign nation) __350 Jay St__, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

mis handing of confidential information about a case in my family court that im child molest false discrimination and bias online Targeting false statement under oath

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

im here because child molest my kids because of that failure to perform on duty false reason co founding why acs remove my kids misleading information about sexual molest false statement why assumption preliminary injuntion Legal consequences Biven Retaliation conspiracy after the fact Defraud gag order criminal contemp of court conspiracy after the fact , mallcious intent criminal contemp of court

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

false report self sabotage got to answer about child molest case never know about misdiagnose expungement and cease and desist immediate action displacement Theft cyber bullying mishanding failure to perform on duty before remove of self put in the hosptial false pretense intent to Defraud

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5 / 1 , 20 25

Signature of Plaintiff   Pauline Rocke
Printed Name of Plaintiff   Pauline Rocke

6

6-6 12/19

## LETTERS OF GUARDIANSHIP OF THE PERSON OF A MINOR

**File #:** 61332
**Docket #:** G-17754-09

THE PEOPLE OF THE STATE OF NEW YORK

KNOW ALL BY THESE PRESENTS that at the County of Kings, on December 18, 2012, before Honorable Daniel Turbow, Judge of the Family Court of this County, Dyanne Matthews and Johnny Matthews, Sr., having duly qualified according to law, is hereby authorized to serve as guardian of the person of Destiny Matthews (DOB: 7/4/2001), a Minor, and Letters of Guardianship are hereby granted to said Dyanne Matthews and Johnny Matthews, Sr.

IN TESTIMONY WHEREOF, we have caused the seal of office of the Family Court of the County of Kings, to be hereunto affixed.

Witness: Honorable Daniel Turbow, Judge of the Family Court, County of Kings, at the Family Court of Kings County, on December 18, 2012.

*Robert Ratanski*

**Dated:** December 18, 2012      Robert Ratanski, Clerk of Court

(seal)